UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORP., et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 4:05CV589 RWS<br>) |
| STEVEN LINFORD, et al., | )<br>) |
| Defendants. | ) |

## **ORDER OF DISMISSAL**

Upon review of the Court file, plaintiffs have failed to comply with the Court's order dated **September 12, 2005**, by filing motions for entry of default and for default judgment for **defendant Steven Linford**. Rule 41(b) of the Federal Rules of Civil Procedure permits the Court to dismiss a case for failure to prosecute or to comply with a Court order.

Accordingly,

**IT IS HEREBY ORDERED,** that plaintiffs' complaint against **defendant Steven Linford** is **DISMISSED** without prejudice pursuant to Rule 41(b), Fed.R.Civ.P.

Dated this 29th day of September, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE