UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TWENTIETH CENTURY FOX FILM )
CORPORATION, a Delaware corporation; )
WARNER BROS. ENTERTAINMENT INC., )
a Delaware corporation; and COLUMBIA )
PICTURES INDUSTRIES, INC., a Delaware )
corporation, )
 )
          Plaintiffs, ) Case No. 05-CV-589 RWS
 )
v. )
STEVEN LINFORD, an individual; and )
CHRISTINA LINFORD, an individual, )
 )
          Defendants. )

## ▮▮▮▮▮ DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment Against Christina Linford By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the motion pictures listed on Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Six Thousand Two Hundred Eighty One and Fifty Five Cents ($6,281.55).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted motion pictures:

- *Troy*
- *Harry Potter And The Prisoner Of Azkaban*
- *Spider-Man 2*
- *Ice Age*

and in any other motion picture, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate of Plaintiffs) (the "Plaintiffs' Motion Pictures"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Motion Pictures, to distribute (i.e., upload) any of Plaintiffs' Motion Pictures, or to make any of Plaintiffs' Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Motion Pictures that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: September 28, 2005

By: _____
Hon. Rodney W. Sippel
United States District Judge

2